```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,              SATISFACTION OF JUDGMENT

        -against-                      Criminal Docket
                                       No. CR-99-0160

LULZIM KUPA,                           (Weinstein, J.)

                Defendant.
- - - - - - - - - - - - - - - -X
```

WHEREAS, a judgment of fine was imposed against the defendant and in favor of the United States of America, in the amount of $8,600.00, that is, a fine in the amount of $8,000.00 and a special assessment in the amount of $600.00, on December 8, 1999, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on December 9, 1999; and

WHEREAS, said judgment has been fully paid as to the defendant LULZIM KUPA;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant LULZIM KUPA.

Dated:   Brooklyn, New York
         March 14, 2012

                                             LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:   *s/Bonni J. Perlin*
      BONNI J. PERLIN
      Assistant U.S. Attorney
      (718)254-6264